**No. 11-131. Barr Laboratories, Inc., et al., Petitioners v. Cancer Research Technology Limited, et al.**

565 U.S. 977, 132 S. Ct. 499, 181 L. Ed. 2d 346, 2011 U.S. LEXIS 7709.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 625 F.3d 724.